No. 924. LEVISA STONE CORP. ET AL. *v.* ELKHORN STONE CO., INC. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgment reversed. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 952. PENNSYLVANIA *v.* YOUNT. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *James D. Crawford* and *Arlen Specter* for petitioner. *Homer W. King, Francis V. Sabino,* and *Chris F. Gillotti* for respondent.

No. 1047. McMANN, WARDEN *v.* SMITH. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Robert S. Hammer,* Assistant Attorney General, for petitioner. *William E. Hellerstein* and *Phylis Skloot Bamberger* for respondent.

No. 1074. McMANN, WARDEN *v.* VANDERHORST. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for petitioner. *William E. Hellerstein* for respondent.

No. 19, Misc. TURNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.